UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NORA SUE DOVE, | ) |
|         Plaintiff | ) |
| vs. | ) CAUSE NO. 1:03-CV-379 RM |
| DEPUY ORTHOPEDICS, | ) |
|         Defendant | ) |

## OPINION AND ORDER

On March 25, the parties filed a fully-briefed summary judgment packet via the court's CM/ECF electronic filing system. Contained in this summary judgment packet was the plaintiff's "designation of evidence" [Doc. No. 38-2], which identified certain documents to be considered in the record on behalf of the plaintiff. The court has received only Exhibit J, which was filed under seal.

Because it seems the omission of these documents was due to mere oversight, the court afford the plaintiffs until June 14, 2005 to complete the record with the remaining documents identified in the plaintiff's designation of evidence. If the plaintiffs do not complete the record within this time frame, the court shall deem the record complete for purposes of summary judgment.

SO ORDERED.

ENTERED: June 7, 2005

                                  /s/ Robert L. Miller, Jr.
                                Chief Judge
                                United States District Court